United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

YOGESH KUMAR,

Plaintiff,

v.

DIRECTOR, U. S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendant.

Case No. 25-cv-06781-VKD

**ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE**

Plaintiff Yogesh Kumar, who is representing himself, filed this action on August 11, 2025. Dkt. No. 1. Although the docket indicates that the Clerk's Office issued summons on August 11, 2025 (Dkt. No. 3), there is no indication that Mr. Kumar has served the defendant with the complaint and summons. Defendant has not appeared in the action, and there has been no activity on the docket since August 11, 2025.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962). By **September 2, 2026**, Mr. Kumar shall file a written response to this order explaining why this action should not be dismissed for his failure to prosecute his case. If Mr. Kumar does not respond to this order by the deadline, the Court may issue an order reassigning this action to a district judge with a recommendation that the complaint be dismissed for failure to prosecute and/or failure to comply with court orders.

Additionally, Mr. Kumar is informed that the Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to self-represented litigants in federal cases. Information regarding the Pro Se Program can be found at

United States District Court
Northern District of California

https://cand.uscourts.gov/representing-yourself/federal-pro-se-program-san-jose-courthouse. Appointments may be scheduled by calling 408-297-1480. Mr. Kumar is also encouraged to obtain a copy of the Handbook for Pro Se Litigants, available at https://cand.uscourts.gov/pro-se-handbook/.

**IT IS SO ORDERED.**

Dated: August 5, 2026

Virginia K. DeMarchi
Virginia K. DeMarchi
United States Magistrate Judge